**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

RECEIVED
USDC CLERK, CHARLESTON, SC
2007 APR 27 P 2: 13

| | |
|---|---|
| JULIE COOK, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC.,<br><br>               Defendants. | Case No.: 2:07-cv-00822-CWH<br><br><br><br><br>**CONSENT ORDER**<br>**EXTENDING TIME TO**<br>**RESPOND TO COMPLAINT** |

      Plaintiff Julie Cook and Defendants Nvidia Corporation ("NVIDIA"), ATI Technologies ULC and Advanced Micro Devices, Inc. (collectively, "AMD") consent and agree as follows to extend the time to respond to the Complaint on file in this action:

      1.      On March 26, 2007, Plaintiff filed the Complaint, which alleges claims under federal antitrust laws and pendant state law claims. Plaintiff has styled the Complaint as a putative class action.

      2.      As of the date of this proposed consent order, at least 46 other complaints have been filed in other judicial districts around the country. All of these complaints also allege federal antitrust and/or pendant state law claims against NVIDIA and AMD and are styled as putative class actions.

      3.      On December 8, 2006, plaintiffs in some of these other actions collectively filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer and consolidate in the Northern District of California all existing and subsequently filed antitrust actions related



to the claims alleged in the Complaint.

4. On January 16, 2007, NVIDIA and AMD filed a response with the JPML proposing that the Panel consolidate these actions in the Northern District of California, San Jose Division, or, in the alternative, in the Northern District of California, San Francisco Division. To date, every party responding to the JPML motion has supported transfer and consolidation, and no party has opposed it.

5. On March 29, 2007, oral argument on the JPML motion was held in San Antonio, Texas. The parties agree that the JPML is likely to order transfer and consolidation of these actions when it rules on the motion.

6. In light of the multiplicity of complaints on file and the pending motion before the JPML, the parties consent and agree to extend the time for NVIDIA and AMD to answer or otherwise respond to the Complaint to 30 days after (1) the order resolving the JPML motion, and (2) the filing and service of any subsequent consolidated complaint, without prejudice to the right of NVIDIA and AMD to seek additional time to answer or otherwise respond to the Complaint for good cause shown.

*[SIGNATURE PAGE FOLLOWS]*



Dated: April 25, 2007

Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/ Cory E. Manning
Cory E. Manning (No. 9697)
E-mail: **cory.manning@nelsonmullins.com**
1320 Main Street, 17th Floor
Columbia, SC 29201
(803) 799-2000

Attorneys for Defendant
NVIDIA CORPORATION

Dated: April 25, 2007

SOWELL GRAY STEPP & LAFFITTE LLC

By: /s/ Elizabeth Van Doren Gray
Elizabeth Van Doren Gray (No. 4824)
E-mail: **egray@sowell.com**
1310 Gadsden Street (29201)
Post Office Box 11449
Columbia, SC 29211
(803) 929-1400

Attorneys for Defendants
ATI TECHNOLOGIES ULC and ADVANCED MICRO DEVICES, INC.

Dated: April 25, 2007

SMITH BUNDY BYBEE & BARNETT, P.C.

By: /s/ Walter Henry Bundy, Jr.
Walter Henry Bundy, Jr. (No. 1598)
E-mail: whbesq@s3blaw.com
Post Office Box 1542
Mount Pleasant, SC 29464
(843) 881-1623

Attorneys for Plaintiff
JULIE COOK

**SO ORDERED:**

Dated: April 27, 2007

_____
Hon. C. Weston Houck
United States District Judge