## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| JULIE COOK, on behalf of herself and all others similarly situated, ) ) ) | Case No.: 2:07-cv-00822-CWH |
| Plaintiff, ) ) ) | **DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |
| v. ) ) | |
| NVIDIA CORPORATION, ATI TECHNOLOGIES, INC., and ADVANCED MICRO DEVICES, INC., ) ) ) ) | |
| Defendants. ) ) | |

Defendant NVIDIA Corporation hereby makes the following disclosure statement as required by Federal Rule of Civil Procedure 7.1:

**Who Must File: Nongovernmental Corporate Party.** A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**Response:** There is no such corporation.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Cory E. Manning
    Cory E. Manning (No. 9697)
    E-Mail: cory.manning@nelsonmullins.com
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Defendant
NVIDIA CORPORATION

Columbia, South Carolina
April 30, 2007